UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TANGANYIKA GWINN : <br><br> Plaintiff, : <br><br> V. : <br><br> JPMorgan Chase Bank, N.A. : <br><br> Defendant. : <br> : | Civil Action: <br><br><br><br><br><br><br> May 13, 2013 |

NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446, the defendant JPMorgan Chase Bank, N.A. in the above-captioned action gives notice of the removal of this action from the Connecticut Superior Court, Judicial District of Hartford, on the following grounds:

1.  On April 22, 2013, the defendant JPMorgan Chase Bank, N.A. received a copy of a complaint in a Connecticut action bearing the name of the caption above, returnable to the Superior Court at Hartford. A copy of that pleading is annexed hereto as Exhibit A. It bears the return date of May 21, 2013 and has now been assigned the docket number HHD-CV13-5036954-S (referred to hereinafter as the "State Action").

2.  The plaintiff in the State Action, Tanganyika Gwinn is identified on the State Action Summons as residing at 69 Congress Street, Apartment C, Hartford, CT  06114.

3.  The defendant in the State Action is JPMorgan Chase Bank, N.A., a national bank with its main office in Columbus, Ohio.

4.  Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction of all civil actions arising under the laws of the United States. The State Action asserts a claim under the

Fair Debt Collection Practices Act, 15 U.S.C. 1692f § 808(6)a-c.  See Complaint, Paragraph V. Therefore, pursuant to 28 U.S.C. § 1441, this case may be removed to this Court.

    4.    There also is jurisdiction pursuant to 28 U.S.C. § 1332.  Based upon the information alleged in the State Action and the best information available to JPMorgan Chase Bank, N.A., there is a complete diversity of citizenship in this action insofar as the plaintiff, upon information and belief, is a citizen of the State of Connecticut, and the defendant is a citizen of the State of Ohio, pursuant to 28 U.S.C. § 1348 and Wachovia Bank v. Schmidt, 546 U.S. 303, 318 (2006) ("[O]ne would sensibly 'locate' a national bank for the very same purpose, ie., qualification for diversity jurisdiction, in the State designated in its articles of association as its main office.").  Furthermore, the amount in controversy exceed $75,000, exclusive of interest and costs, in that the plaintiff demands in the complaint "the sum of SIXTY FIVE THOUSAND dollars ($65,000.00) in compensatory damages and TEN THOUSAND dollars ($10,000.00) as punitive damages along with reasonable fees and all costs."  Upon information and belief, the "fees" refers to attorneys fees, as the plaintiff alleges that "as a result of Defendant's action Plaintiff forced to retain an attorney and have incurred cost Defendant is liable."  This matter therefore also is removable pursuant to 28 U.S.C. § 1441 because this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

    5.    Less than 30 days has elapsed since the receipt by the defendant of a copy of the complaint in the State Action.

**WHEREFORE,** JPMorgan Chase Bank, N.A. gives notice that the prerequisites for removal established by 42 U.S.C. §§1332, 1441, and 1446 have been satisfied and notification of the removal shall be furnished to the Superior Court for the Judicial District of Hartford as soon as practicable.

          THE DEFENDANT
          JPMORGAN CHASE BANK, N.A.


          By /s/ Daniel M. Young
            Daniel M. Young (ct17188)
            WOFSEY, ROSEN, KWESKIN &
              KURIANSKY, LLP
            600 Summer Street
            Stamford, CT 06901
            (203) 327-2300/967-9273 fax
            dyoung@wrkk.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent on this 13th day of May, 2013, via U.S. mail, postage prepaid, to the following counsel and parties of record:

Tanganyika Gwinn
69 Congress Street
Apartment C
Hartford, CT  06114


_____/s/_ Daniel M. Young_____
          Daniel M. Young (ct17188)